```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2723

5  Attorney for Plaintiff
```





CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-SW-0298-KJM |
|  | 2:06-SW-0299-KJM |
| Plaintiff, | 2:06-SW-0300-KJM |
|  | 2:06-SW-0301-KJM |
| v. | 2:06-SW-0302-KJM |
|  | 2:06-SW-0303-KJM |
| IN RE MATTER OF SEIZURE | 2:06-SW-0304-KJM |
| WARRANTS FOR CERTAIN FUNDS | 2:06-SW-0305-KJM |
| AND VEHICLES | 2:06-SW-0306-KJM |
|  | [PROPOSED] UNSEALING ORDER |

On October 13, 2006, the Court entered a sealing order on the affidavit and seizure warrants numbered: 2:06-SW-0298-KJM through 2:06-SW-0306-KJM. The United States now requests that the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/17/06

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE